IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FRED GUY MONACO, II                                          PETITIONER

v.                            No. 4:12-cv-49-DPM-JTK

PULASKI COUNTY CIRCUIT COURT,
2ND DIVISION*                                                RESPONDENT

ORDER

The Court has considered Magistrate Judge Jerome T. Kearney's Proposed Findings and Recommendations, *Document No. 8*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, Fed. R. Civ. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the proposal as its own. Motion to dismiss, *Document No. 6*, granted. Monaco's petition is dismissed with prejudice.

D.P. Marshall Jr.
United States District Judge

27 April 2012

---

*The Clerk is directed to correct the docket to reflect that the remaining respondents were terminated when petitioner dropped them from his amended petition on 2 March 2012. *Document No. 3*.