# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

FRED GUY MONACO, II                                      PETITIONER

v.                       No. 4:12-cv-49-DPM

PULASKI COUNTY CIRCUIT COURT,
2ND DIVISION                                             RESPONDENT

## JUDGMENT

Monaco's petition is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 April 2012